FILED

2003 OCT 16 P 12: 42

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARIEL FALCON,<br>Plaintiff | )<br>)CIVIL ACTION NUMBER<br>)3:01CV01995 (AHN)(HBJ) |
| v. | )<br>) |
| JOHN J. ARMSTRONG, ET AL,<br>Defendants | )<br>)<br>)OCTOBER 15, 2003 |

## MOTION FOR EXTENSION OF TIME

The defendants, James Gatling, Jacqueline Mobley and Joseph Murphy, respectfully move this Court for an extension of time, up to and including December 2, 2003 to answer or object to the Plaintiff's Interrogatories and Requests for Production dated October 3, 2003.

In support of this motion, the defendants represent the following:

1. This is the defendant's first request for an extension of time to respond to this request.

2. This extension of time is needed in order to properly prepare answers to the interrogatories.

3. This extension of time is needed in order to produce the necessary documents for the Request for Production.

4.  Defendant's counsel has inquired of Plaintiff's counsel Paul Garlinghouse, Esquire, who does not object to the extension of time.

5.  There is good cause for granting the Defendant's Motion for Extension of Time.

        THE DEFENDANTS
        James Gatling, Joseph Murphy and
        Jacqueline Mobley

BY: _____
        Sergio C. Deganis
        Ouellette, Deganis, Gallagher & Ward
        143 Main St. Cheshire, CT 06410
        Telephone: 203-272-1157
        Facsimile: 203-250-1835
        Federal Bar No. CT 03080

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the following attorney of record for each party by mail on October 15, 2003:

Ariel Falcon
Pro Se
P.O. Box 8605
New Haven, CT 06531-0605

Richard T. Biggar, Esquire
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

Diane Polan, Esquire
Law Office of Diane Polan, LLC
129 Church Street
Suite 802
New Haven, CT 06510

Sergio C. Deganis