*held
15 min*

09/12/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TELEPHONE Status Conference Calendar

Honorable Holly B. Fitzsimmons, U. S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
203-579-5640

October 3, 2003

2:00 p.m.

THIS CONFERENCE MAY NOT BE ADJOURNED EXCEPT BY ORDER OF THE COURT.

3-01-cv-1995   (AHN) Falcon v Armstrong
-----------------------------------------------------------

COUNSEL OF RECORD:

| | |
|---|---|
| Richard T. Biggar | Attorney General's Office, MacKenzie Hall, 110 Sherman St., Hartford, CT 860-808-5450 |
| Sergio C. Deganis | Ouellette, Deganis, Gallagher & Ward, LLC, 143 Main St., Cheshire, CT 203-272-1157 |
| Diane Polan | 129 Church St. Suite 802, New Haven, CT 203-865-5000 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK