01CV1995moext tm

FILED

2003 OCT 16 P 12:42

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARIEL FALCON,<br>　　　Plaintiff | )<br>)CIVIL ACTION NUMBER<br>)3:01CV01995 (AHN)(HBJ) |
| v. | )<br>) |
| JOHN J. ARMSTRONG, ET AL,<br>　　　Defendants | )<br>)<br>)<br>)OCTOBER 15, 2003 |

## MOTION FOR EXTENSION OF TIME

The defendants, James Gatling, Jacqueline Mobley and Joseph Murphy, respectfully move this Court for an extension of time, up to and including December 2, 2003 to answer or object to the Plaintiff's Interrogatories and Requests for Production dated October 3, 2003.

In support of this motion, the defendants represent the following:

1. This is the defendant's first request for an extension of time to respond to this request.

2. This extension of time is needed in order to properly prepare answers to the interrogatories.

3. This extension of time is needed in order to produce the necessary documents for the Request for Production.

Motion GRANTED. It is SO ORDERED.
HOLLY B. FITZSIMMONS, U.S.M.J.    DATE 2003 OCT 28 P 1:13