FILED

2003 NOV 13  P 12: 44

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARIEL FALCON,<br>    *Plaintiff*, | CIVIL ACTION NUMBER<br>3:01CV01995 (AHN) |
| v. | |
| JOHN J. ARMSTRONG, PETER MATOS, JACK TOKARZ, BRETT S. RAYFORD, LESLIE E BROOKS, GIOVANNY GOMEZ, MINZGER TUNG, M.D., HECTOR RODRIGUEZ, REMI ACOSTA, JONATHAN V. HALL, LIEUTENANT, DeVALLE, LIEUTENANT MCKENNA, OFFICER GETZ, EDWARD D. MALEH, M.D., DOCTOR ESPOSITO, M.D., BRYAN CASTLE, ESTHER McINTOSH, PAM SHEA, DAVID RUSSELL, MAURICE COOPER, SHERLY SCHWINK, JOHN DOE, M.D., JANE DOE, JAMES GATLING, JACQUELINE MURPHY, JOSEPH MURPHY, ILENE HIGGINS, JOHN P. TARASCIO, STEVEN STEIN, M.D., NICHOLAS NEWBOLD, NURSE PACE,<br>    *Defendants*. | November 11, 2003 |

## REPLY TO AFFIRMATIVE DEFENSES

1. The Plaintiff denies the Defendants' First Affirmative Defense, dated October 30, 2003.

2. The Plaintiff denies the Defendants' Second Affirmative Defense, dated October 30, 2003.

1

THE PLAINTIFF, ARIEL FALCON

BY _____
PAUL A. GARLINGHOUSE
Law Offices of Attorney Diane Polan, LLC
129 Church Street, Suite 802
New Haven, CT 06510
Telephone: 203-865-5000
Facsimile: 203-865-2177
Federal Bar No. ct25143

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via first class mail, postage prepaid, this 12th day of November, 2003, to the following parties and counsel of record:

Richard Biggar, Esquire
Assistant Attorney General
McKenzie Hall
110 Sherman Avenue
Hartford, CT 06105

Peter Clark, Esquire
Law Offices of Peter D. Clark
525 Bridgeport, CT 06484

Sergio C. Deganis, Esquire
143 Main Street
Cheshire, CT 06410

_____
PAUL A. GARLINGHOUSE