FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT       2003 DEC 10  P 12: 04

| | |
|---|---|
| ARIEL FALCON | : PRISONER |
|  | : NO. 3:01CV01995(AHN) |
| VS. | : |
|  | : |
| JOHN J. ARMSTRONG, ET AL. | : DECEMBER 9, 2003 |

### APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

**PLEASE ENTER MY APPEARANCE** on behalf of the following defendants listed below in their official and individual capacities in addition to the Appearance originally filed by Assistant Attorney General Richard T. Biggar in regards to the above-entitled matter:

| | | | |
|---|---|---|---|
| John J. Armstrong | Mingzer Tung, MD | Bryan Castle | Ilene Higgins |
| Peter Matos | Hector Rodriguez | Esther McIntosh | John P. Tarascio |
| Jack Tokarz | Remy Acosta | Pam Shea | Brett S. Rayford |
| Jonathan V. Hall | David Russell | Officer Getz | Lieutenant McKenna |
| Doctor Esposito | Leslie E. Brooks | Lieutenant DeValle | Maurice Cooper |
| Giovanny Gomez | Edward D. Maleh, MD | Sherly Schwink | Steven Stein |
| Nicholas Newbold | Nurse Pace | | |

Dated at Hartford, Connecticut, this 9th day of December, 2003.

DEFENDANTS,
John J. Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Lynn D. Wittenbrink
Assistant Attorney General
Federal Bar No. ct08575
110 Sherman Street
Hartford, CT 06105
Tel. No.: (860) 808-5450
Fax No.: (860) 808-5591
E-Mail: lynn.wittenbrink@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this 9th day of December, 2003:

Richard T. Biggar, AAG
Office of the Attorney General
110 Sherman Street, Public Safety
Hartford, CT 06105

Attorney Diane Polan
129 Church Street, Suite 802
New Haven, CT 06510

Paul A. Garlinghouse, Esq.
Law Office of Diane Polan
129 Church Street, Suite 802
New Haven, CT 06510

Peter D. Clark, Esq.
Law Office of Peter D. Clark
525 Bridgeport Avenue
Shelton, CT 06484

Sergio C. Deganis, Esq.
Ouellette, Deganis, Gallagher & Ward, LLC
143 Main Street
Cheshire, CT 06410

Lynn D. Wittenbrink
Assistant Attorney General