UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARIEL FALCON,  :  | |
|     Plaintiff  : | |
| : | |
| v.  : | CIV. NO. 3:01 CV 1995 (AHN) |
| : | |
| JOHN J. ARMSTRONG, et al,  : | |
|     Defendants  : | |

### ORDER

The court conducted a telephone status conference on January 23, 2004. After hearing from counsel, the court ordered the following.

Defendants will depose Dr. Colberg on or before March 8, 2004.

Defendants will disclose expert witnesses on or before April 23, 2004.

A telephone conference will be held on Wednesday, April 7, 2004 at 2:30 p.m. to discuss the status of discovery and to set dates for dispositive motions.

SO ORDERED at Bridgeport this 3rd day of February 2004.

                                  _/s/_____
                                  HOLLY B. FITZSIMMONS
                                  UNITED STATES MAGISTRATE JUDGE