UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 MAY 17 P 5: 52

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| ARIEL FALCON | ) |
| Plaintiff | ) CIVIL NO.: 3:01CV01995 (AHN) |
| v. | ) |
| JOHN J. ARMSTRONG, ET AL, | ) |
| Defendants | ) |

May 14, 2004

## MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure, Rule 37, the Defendants, New Opportunities of Waterbury (hereinafter NOW), James Gatling, Jacqueline Mobley, and Joseph Murphy respectfully move this honorable court enter an order dismissing the above-referenced matter on the grounds the Plaintiff has failed to comply with court orders requiring the disclosure of expert witness(es).

Wherefore these Defendants respectfully request that the Plaintiff's action be dismissed with prejudice. In further support of this Motion, these Defendants submit the following Memorandum and Affidavit.

Respectfully submitted,
The Defendants,
James Gatling,
Jacqueline Murphy, and
Joseph Murphy,
By their attorney,

Sergio C. Deganis
Ouellette, Deganis, Gallagher & Ward, LLC
143 Main Street
Cheshire, CT 06410
Telephone (203) 272-1157
Federal Bar No.: CT 03080
sdeganis@odgwlaw.com