FILED
2004 JUN -7 A 8: 52
U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ARIEL FALCON,
*Plaintiff,*

v.

JOHN J. ARMSTRONG, PETER MATOS, JACK TOKARZ, BRETT S. RAYFORD, LESLIE E BROOKS, GIOVANNY GOMEZ, MINZGER TUNG, M.D., HECTOR RODRIGUEZ , REMI ACOSTA, JONATHAN V. HALL, LIEUTENANT DeVALLE, LIEUTENANT MCKENNA, OFFICER GETZ, EDWARD D. MALEH, M.D., DOCTOR ESPOSITO, M.D., BRYAN CASTLE, ESTHER McINTOSH, PAM SHEA, DAVID RUSSELL, MAURICE COOPER, SHERLY SCHWINK, JOHN DOE, M.D., JANE DOE, JAMES GATLING, JACQUELINE MURPHY, JOSEPH MURPHY, ILENE HIGGINS, JOHN P. TARASCIO, STEVEN STEIN, M.D., NICHOLAS NEWBOLD, NURSE PACE,
*Defendants.*

CIVIL ACTION NUMBER
3:01CV01995 (AHN)

JUNE 4, 2004

**PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS**

1. The Plaintiff respectfully opposes the Defendant's Motion to Dismiss dated May 14, 2004, based upon failure to disclose an expert witness. The Plaintiff acknowledges that expert opinion will be required to prove his claim that the actions of the defendants aggravated his medical problems. The Plaintiff's failure to disclose an expert so far has not been due to any wilful contempt of the Court's discovery orders. The Plaintiff suffers from several

medical conditions for which he has required outpatient treatment and surgeries.[1] These medical conditions have limited his ability to pursue gainful employment. The Plaintiff now has managed to raise the funds to pay an expert and will be able to disclose that expert within two weeks from the date of this response.

2. Dismissal under Rule 37 is an inappropriate sanction. The Plaintiff has done his best to comply with discovery, providing voluminous medical records to the defendants and giving a deposition. To dismiss the Plaintiff's suit due to his financial difficulties, which stem from the very medical conditions he complains of, would be manifestly unjust.

PAUL A. GARLINGHOUSE
Law Offices of Attorney Diane Polan, LLC
129 Church Street, Suite 802
New Haven, CT 06510
Telephone: 203-865-5000
Facsimile: 203-865-2177
Federal Bar No. ct25143

---

[1]Plaintiff suffers from cancer of the kidney, lesions of the testicle, and spinal disc degeneration. See attached medical reports.

**CERTIFICATION**

This is to certify that a copy of the foregoing has been sent via first class mail, postage prepaid, this 4th day of June, 2004, to the following parties and counsel of record:

Richard Biggar, Esquire
Assistant Attorney General
McKenzie Hall
110 Sherman Avenue
Hartford, CT 06105

Peter Clark, Esquire
Law Offices of Peter D. Clark
525 Bridgeport, CT 06484

Sergio C. Deganis
143 Main Street
Cheshire, CT 06410

PAUL A. GARLINGHOUSE

YALE NEW HAVEN HOSPITAL
DISCHARGE SUMMARY

CONFIDENTIAL – DO NOT COPY WITHOUT APPROPRIATE AUTHORIZATION

| **Name:** | **Date of Adm:** | **Service:** | **Unit No:** |
|---|---|---|---|
| Falcon, Ariel | 12/18/2003 | 67 | 139-7696 |
| | **Date of Dis:** | UROLOGY | |
| | 12/21/2003 | | |

**Dictated:** 12/21/2003 9:28 A **Transcribed:** 12/22/2003 8:50 P

**PRINCIPAL DIAGNOSIS:** Left renal mass

**OTHER DIAGNOSES:** None

**PRINCIPAL OPERATION:** Left partial nephrectomy

**OTHER OPERATIONS:** None

**DISPOSITION:** The patient was discharged to home.

**PRESENT ILLNESS:** The patient is a 42 --year-old male with past medical history of left testicular pain status post exploration and basal cell and squamous cell carcinoma of the abdomen in 1999 who was seen in resident clinic by Dr. Hausladen for suspected renal mass that was found on CT scan. At that time, the patient complained of no symptoms. The renal mass was found incidentally on evaluation for testicular pain. Biopsy was performed that revealed the mass to have oncocytic cells with a questionable diagnosis of cancer.

**PAST SURGICAL HISTORY:** The patient's past surgical history is significant for inguinal hernia repair, deviated septum repair, rotator cuff repair.

**ADMITTING MEDICATIONS:** The patient takes no medications.

**ALLERGIES:** He has no allergies.

**PHYSICAL EXAMINATION:** On admission, the patient's heart was regular. Lungs were clear. Abdomen was soft, nontender, nondistended, with positive bowel sounds.

**HOSPITAL COURSE AND TREATMENT:** With the diagnosis of oncocytic cells in renal mass, the patient was brought to the operating room on 12/18/03, underwent a left partial nephrectomy by Dr. John Colberg, Dr. Renzulli, and Dr. Hausladen. Operative findings were a 2 x 2-centimeter left pole tumor. Tumor was removed. Blood loss was about 200 cc's. He

YALE NEW HAVEN HOSPITAL
DISCHARGE SUMMARY

CONFIDENTIAL – DO NOT COPY WITHOUT APPROPRIATE AUTHORIZATION

| **Name:** | **Date of Adm:** | **Service:** | **Unit No:** |
|---|---|---|---|
| Falcon, Ariel | 12/18/2003 | 67 | 139-7696 |
| | **Date of Dis:** | UROLOGY | |
| | 12/21/2003 | | |

**Dictated:** 12/21/2003 9:28 A **Transcribed:** 12/22/2003 8:50 P

was administered 600 cc's of lactated Ringer's. A Foley catheter and a Jackson-Pratt drain was placed. Postoperatively, the patient was extubated, stable, and transferred to the floor in good condition.

That night, the patient was afebrile, vital signs were stable. Examination was benign. Lungs were clear. Heart was regular. Abdomen was soft, nontender, nondistended. Dressing over the wound was clean and dry. Jackson-Pratt drain was draining serosanguineous fluid. At this time, hematocrit postoperatively was 43.0. Therefore, the patient was put on a PCEA with an epidural placed in the operating room with good pain control. Overnight the patient did well.

On postoperative day number one, the patient was afebrile, vital signs were stable. I's and O's were matched. Jackson-Pratt drain put out 70 cc's. On examination, lungs were clear. Heart was regular. Abdomen was soft, nontender with positive bowel sounds. The dressing was removed, the wound was clean, dry and intact. The patient had an epidural, intravenous fluids, Foley catheter. At this time, the patient was started on a clear liquid diet which he tolerated well and was able to ambulate without assistance.

Over the course, the patient was able to ambulate, tolerate clears very well with no nausea and vomiting. Overnight, the patient did well. His epidural was discontinued at this time. The patient was started on Percocet for pain control with good results.

On postoperative day number two, the patient had passed flatus, was ambulating well without assistance, was afebrile, vital signs were stable, examination was benign. The wound was clean, dry and intact. The patient was started on a regular diet, the Foley catheter was discontinued, his fluids were Hep-Locked. He was started on Colace.

Over the course, the patient continued to improve, tolerated food well with no nausea and vomiting. Additionally, pain was well controlled with p.o. pain medications and he was able to void on his own without any problems.

YALE NEW HAVEN HOSPITAL
DISCHARGE SUMMARY

**CONFIDENTIAL – DO NOT COPY WITHOUT APPROPRIATE AUTHORIZATION**

| **Name:** | **Date of Adm:** | **Service:** | **Unit No:** |
|---|---|---|---|
| Falcon, Ariel | 12/18/2003 | 67 | 139-7696 |
| | **Date of Dis:** | UROLOGY | |
| | 12/21/2003 | | |

**Dictated:** 12/21/2003 9:28 A **Transcribed:** 12/22/2003 8:50 P

On postoperative day number three, the patient was afebrile, vital signs were stable. He had no issues overnight. Examination was benign. The wound was clean, dry and intact. Jackson-Pratt drain was discontinued without complications. The patient was discharged to home in good condition.

**DISCHARGE MEDICATIONS:** Discharge medications included Percocet one to two tablets p.o. q. four to six hours p.r.n., and Colace 100 mg p.o. t.i.d.

**FOLLOW UP:** He was instructed to follow up with us on the 26th of December for staple removal on the 6-7 floor..

Clinical: T__N__M__Stage___, if applicable
Pathological: T_1_N_X_M_X_Stage___, if applicable

Electronically Signed
John Colberg*, M.D. 12/26/2003 12:04

John Colberg*, M.D.
**Responsible Physician**

**Dictated by:** Reynold I. Lopez-Soler, M.D./clp 000176542/616826
cc: John Colberg*, M.D.
Registry Tumor

# YALE NEW HAVEN HOSPITAL
## OPERATIVE REPORT

**CONFIDENTIAL – DO NOT COPY WITHOUT APPROPRIATE AUTHORIZATION**

**Admitted:** 12/18/2003
**Discharged:** 12/21

| **Name:** | **Unit No:** | **DIVISION** | **DATE:** |
|---|---|---|---|
| Falcon, Ariel | 139-7696 | 67<br>UROLOGY | 12/18/2003 |

**OPERATION:** Left partial nephrectomy

**OPERATOR:** John Colberg*, M.D.

**FIRST ASSISTANT:** Derek Hausladen, M.D.
Joseph Renzulli, M.D.

**ANESTHESIOLOGIST:**

**ANESTHESIA:** Epidural, spinal, general anesthesia

**PREOP DIAGNOSIS:** Left renal mass

**POSTOP DIAGNOSIS:** Left renal mass

**PREPARATION:**

**ESTIMATED BLOOD LOSS:** 200 cc's

**SPECIMENS:** Left renal mass and deep margins

**DISPOSITION:** Post-Anesthesia Care Unit

**INDICATIONS:** This is a patient with a history of chronic left testicular pain. He was evaluated at the Hospital of Saint Raphael. As part of that evaluation, he ended up having an upper tract study which demonstrated a solid mass in the left kidney. This mass underwent a CT-guided biopsy because of a history of melanoma, and concern that this could be a metastatic melanoma. The biopsy revealed oncocytic cells which were concerning for either oncocytoma

YALE NEW HAVEN HOSPITAL
OPERATIVE REPORT

CONFIDENTIAL – DO NOT COPY WITHOUT APPROPRIATE AUTHORIZATION

**Admitted:** 12/18/2003
**Discharged:**

| **Name:** | **Unit No:** | **DIVISION** | **DATE:** |
|---|---|---|---|
| Falcon, Ariel | 139-7696 | 67 UROLOGY | 12/18/2003 |

versus oncocytic renal cell and, because of this, after extensive discussion with the patient including the risks and benefits of the procedure, the patient elected to undergo a left partial nephrectomy. The patient is aware that the tumor may be benign or, possibly, malignant with an estimated range of 10-30% malignancy in the literature. He understands the risks associated with said procedure and agrees to undergo this procedure after a long discussion.

**PROCEDURE:** After consent was obtained, the patient was brought to the operative theatre. After the smooth induction of anesthesia per the anesthesia staff including a spinal, epidural, and general anesthetic, the patient was placed in a flank position with the left side up. The right axilla was padded and the right arm was placed in an arm board. The left arm was placed on an airplane across the patient. The kidney rest was brought up at the iliac spine and then the table was flexed. After the patient was in an appropriate position for an 11th rib incision, he was taped and secured to the table, the arm strap was placed on. It should be noted that prior to positioning, a Foley catheter was inserted.

He was then prepped and draped in standard fashion. An incision was carried down over the 11th rib and brought approximately 5 cm anteriorly to the rib. This was carried down with the Bovie through the muscle layers until the rib was identified, and then the anterior surface of the rib was scored. The superior part of the rib was then freed off the intervening muscular attachments using the periosteal elevator, and then attention was turned to the anterior part of the incision, where the internal and external obliques were both divided with the Bovie electrocautery and the transversalis was split.

This allowed entry into the retroperitoneal space. Now lifting up on the 11th rib, the slip of the diaphragm was dissected off using a combination of Bovie and sharp dissection techniques, so that the pleura was dropped superiorly. With the pleura superior, and the retroperitoneal space easily identified, one small opening in the pleura was noted. This was dealt with at a later time. The attachments of the kidney were then identified in the following fashion: Gerota's fascia was initially identified and it was dissected into. This allowed dissection of the medial aspect of the kidney.

YALE NEW HAVEN HOSPITAL
OPERATIVE REPORT

CONFIDENTIAL – DO NOT COPY WITHOUT APPROPRIATE AUTHORIZATION

**Admitted:** 12/18/2003
**Discharged:**

| **Name:** | **Unit No:** | **DIVISION** | **DATE:** |
|---|---|---|---|
| Falcon, Ariel | 139-7696 | 67 UROLOGY | 12/18/2003 |

The superior aspect of the kidney, the inferior aspect of the kidney, and the lateral aspect of the kidney, the lesion was approximately directly anterior to the actual wound and was located in approximately the mid-portion of the kidney. The Gerota's attachments to this area were left intact. However, the rest of Gerota's fascia was dissected free, the ureter was identified, as was the renal vein and renal artery. Careful dissection was used on the posterior aspect of the kidney to identify the renal artery, which branched in early portion. Therefore, the superior and inferior branches of the renal artery were both identified and an umbilical tape was placed around each one.

At this point in time, the patient was given 25 grams of Mannitol. Additionally, cold packs were placed into the incision and now with the Mannitol in place, a Rumel clamp was placed on both renal arteries individually. The kidney was then iced down for a period of approximately 7 minutes. It should be noted that the entire clamp time was only 25 minutes during this portion of the case. With the renal arteries clamped, the Bovie was changed to a sharp tip and was used to circumscribe the lesion so identified by intraoperative ultrasound performed just before the clamping of the renal arteries.

Now that the lesion was circumscribed in its entirety, and carried down through the renal cortex until the inferior portion lesion was identified. The lesion was then sent off to the pathologist. After this was done, several biopsies were taken from the lateral, superior aspect and around the base of the area of the tumor bed. These were sent off for frozen section and did come back approximately 10-15 minutes later and was negative for malignancy.

However, after the tumor and the specimens were sent, the 4-0 chromics were used to close off any open venules or arterioles in the kidney. Additionally, any rents in the collecting system were closed over. After this was done with the 4-0 chromic, the Argon beam coagulator was used to Bovie the entire surface of the crater made by the dissection. Now the arterial clamps were released and Gelfoam with Co-Stasis was placed into the divot as a bolster.

At this point in time, approximately five 2-0 chromic mattress sutures were placed to bring the kidney together in an anterior/posterior manner, closing off the defect over the Gelfoam and Co-Stasis bolster.

YALE NEW HAVEN HOSPITAL
OPERATIVE REPORT

CONFIDENTIAL – DO NOT COPY WITHOUT APPROPRIATE AUTHORIZATION

**Admitted:** 12/18/2003
**Discharged:**

| **Name:** | **Unit No:** | **DIVISION** | **DATE:** |
|---|---|---|---|
| Falcon, Ariel | 139-7696 | 67 UROLOGY | 12/18/2003 |

Finally, with this being done, the area was hemostatic. The wound was irrigated aggressively with sterile water and all packs were removed from the area of the kidney. With the Rumels completely removed at this time, the kidney was placed in its anatomic location. A drain was brought in through a separate lower stab wound and brought and laid into Gerota's defect. The Gerota's was then closed to itself with a series of interrupted 3-0 Vicryl sutures. The small opening in the pleura was now closed over a 14 French red rubber catheter using a 3-0 chromic running stitch.

Closure was then obtained using running and interrupted #1 Vicryl. Initially, a transversalis layer was closed and then the 11th rib tip was brought to the 10th rib space to close that defect, the periosteum was then reapproximated, and finally, the muscle layers were closed with the internal layer being closed in a running fashion and the external layer being closed with a series of interrupted #1 figure-of-eight Vicryl sutures. After this was done, the subcuticular tissue was copiously irrigated and 3-0 plain sutures were used to reapproximate the edges. Finally, skin staples were placed in.

It should be noted that throughout the closure, the red rubber tube was brought out as a chest tube and placed to a Pleur-Evac. After the closure was performed in its entirety, Xeroform gauze was placed down over the wound, including and around the tube and the patient was then placed in a supine position with an appropriate dressing placed over his incision. Now he was given several large breaths and at the end of the fourth breath, he was held in inspiration. The tube was removed with a quick motion under positive pressure. A chest x-ray later checked demonstrated no pneumothorax.

**YALE NEW HAVEN HOSPITAL**
**OPERATIVE REPORT**

**CONFIDENTIAL – DO NOT COPY WITHOUT APPROPRIATE AUTHORIZATION**

**Admitted:** 12/18/2003
**Discharged:**

| **Name:** | **Unit No:** | **DIVISION** | **DATE:** |
|---|---|---|---|
| Falcon, Ariel | 139-7696 | 67<br>UROLOGY | 12/18/2003 |

The patient was then awoken and transported to the recovery room. Dr. Colberg was present for the entire case. The sponge, needle, and instrument counts were correct at the end of the case.

Electronically Signed
John Colberg*, M.D. 12/22/2003 13:39

---

John Colberg*, M.D.
**Surgeon**
D: Derek Hausladen, M.D.on 12/19/2003 at 1:32 P
T: 12/20/2003 at 9:32 A by af J/#000176331/616315

cc: John Colberg*, M.D.
Derek Hausladen, M.D.
Joseph Renzulli, M.D.
Registry Tumor

YALE-NEW HAVEN HOSPITAL

FALCON, ARIEL 67
MRUN: 1397696 DOB: Sep-04-1961 Report Date: Dec-18-2003

Visit #: 23208601

# iagnostic Imaging Consultation

Responsible Physician:

COLBERG, JOHN MD - UROL CLINIC
UROLOGY CLINIC
YPB - 316
NEW HAVEN, CT

Status: I
Loc(C): EAS
Phone: (203) 785-2815

5041222 Dec-18-2003 9:35 AM Requested by: COLBERG, JOHN MD - UROL CLINIC
US RETROPERITONEAL COMPLETE /US OR PORTABLE

Dx: LT RENAL MASS

Comments: NEOPLASM

---

Exam: Intraoperative renal shunt.

Clinical history: Left renal mass.

Limited intraoperative sonographic evaluation of the left kidney was performed. The Transducer Was draped and sterilized using standard aseptic technique and images Were Obtained by Dr. Colberg Performing the Surgery. limited images obtained from the posterior aspect of the lower pole of the left kidney confirms the presence of a 1.9 x 1.7 cm well-defined heterogeneous mass .

Impression: Intraoperative ultrasound confirming presence of left renal mass.

(signed) 172 Syed Jamal Bokhari, M.D.
328 Christopher Md Krol
COPY

TO:
Diane Polan esq.
Law Offices
129 Church Street, Suite 802
New Haven, Connecticut 06510

From:
Ariel Falcon
P.O. box 8605
New Haven, Connecticut 06531

YALE HOSPITAL

Urology Clinic

March 18, 2002 to April 19, 2004

* Left kidney

* Left tesicle

YHRN: 1397696 IHRN: X0070529
FALCON, ARIEE

11 BASSETT STREET
WEST HAVEN, CT 06516
203-479-3451
DOB: 09/04/1961 APT DT: 03/18/2002

(If handwritten, record name, unit no., and birthdate.)

YALE-NEW HAVEN HOSPITAL
AMBULATORY SERVICES

HISTORY AND PROGRESS NOTES

ALL CLINICAL NOTES MUST BE DATED, TIMED AND SIGNED.

| DATE/TIME | Problem No. | |
|---|---|---|
| 3/18/02 | | UROLOGY CLINIC |
| LABS 1/29/02 | | 40 yo Male w/ a hx of (L) thigh Melanoma, Squamous + Basal Cell CA of Abdomen + hx of (L) Scrotal cysts, by ultrasound per pt @ UCON in 2000. |
| AFP <10 PSA 0.8 | | He had a hx of Epidymal architis treated w/ Keflex + Cipro @ the St Raphaels clinic 10d 10 days 10d 10d |
| CR: 298 | | He is currently followed in the 1° Care Clinic |
| Alb 36 | | + started to come here for his care. |
| Ratio 12.5 | | He has taken vicodin before → has taken + |
| LDH 153 | | Exam (L) leg pain w/ referral to (L) buttocks |
| 148 / 107 / 13 | | - nl circ penis |
| 4.3 / 27? / 1.0 | | - firm, tender (L) epidymal nodule, testes nontender |
| | | - non tender (R) testicle, no nodules |
| Chol 217 | | prostate nl size, nontender 40 grams |
| HDL 40 | | U/S - no testicular masses |
| Trigly 196 | | small epididymal cysts small hydroceles |
| LDL 138 | | A/P Chronic Epidymal architis |
| Bili's nl | | Rec 6 wks cipro |
| Iron studies | | Rec Motrin Q4hrs x 4 days then PRN |
| UA - | | f/u in 6 weeks to see if improved |
| 6.? 16.8 X 225 47.6 | | Refer back to 1° care |
| | | Concern for lower back problem w/ LCE radiation from possible disc problem |

Leukocyte Alkaline phosphatase CF

8?052
86853

McMahon

F-680 (R1097)

YALE-NEW HAVEN HOSPITAL
AMBULATORY SERVICES

HISTORY AND
PROGRESS NOTES

ALL CLINICAL NOTES MUST BE DATED, TIMED AND SIGNED.

YMRN: 1397696 IMRN: X00746929
FALCON, ARIEL
22079644
11 BASSETT STREET
WEST HAVEN, CT 06516
203-479-3451
DOB: 09/04/1961 APT DT: 05/06/2002

DATE/

5/6/02

UROLOGY CLINIC

40 yo wm w/h/o left scrotal pain.

h/o left hernia repair in 1999 after he had "entrapped" nerve and was seen by pain service + had injections to Lt inguinal area. he has had chronic orchalgia since but he has had U/S that only demonstrated cysts in the epididymis. his pain recently worsened + had ... , hydrocele repair + appendix testis/epididymis ... Lt removed by Dr. ... (3/02) @ HSR. now returns for follow up.
Pain worse w/ lifting. But otherwise no Δ.
No fever or chills

Exam: circumcised
no hernia
Lt testicle mild fullness ... post op Δ. pain ...
Rt testicle ... min tenderness of epididymis to palpation.

imp: pt w/ orchalgia + h/o Lt ilioinguinal/inguinal nerve entrapment.

Rec: can try NSAIDs + will add Valium
 ... go to pain clinic
+ follow-up c̄ Dr. ... @HSR.

[signature] 4/02

Mr. ... ? ... ?

F-680 (R1097)

UNIT NO. 1397696 THRN: X00746929
NAME FALCON, ARIEL
ADDRESS 23116767
11 BASSETT STREET
WEST HAVEN, CT 06516
000-000-0000
BIRTH DATE: DOB: 09/04/1961
VISIT NUMBER: APT DT: 10/13/2003

(If handwritten, record name, unit no., birth date, and visit no.)

YALE-NEW HAVEN HOSPITAL
AMBULATORY SERVICES

HISTORY AND PROGRESS NOTES

*ALL CLINICAL NOTES MUST BE DATED, TIMED AND SIGNED.*

| DATE/TIME | Problem No. | |
|---|---|---|
| | | UROLOGY CLINIC |
| 10/13/03 | | 42 y.o. male c̄ history of Ⓛ sided orchalgia. He did have a hernia repair several yrs. ago and had "nerve entrapment". He received injections and neurontin from the pain service without success. He now has a pea-size mass near the epididymis that is extremely painful to the point where he is disabled by this. He also had a CT scan of the A/P on 4/03 which demonstrated a 1.9 cm lesion. This was Bx'd and demonstrated Oncocytoma vs. Oncocytic RCC. He has had his appendix testis removed on the Ⓛ testicle. |
| | | PE: Abd is soft, NT, ND    Ø obvious inguinal hernias |
| | | nl circ. phallus |
| | | Ⓡ Testis - Ø masses |
| | | Ⓛ Testis - small pea-size mass, hard, tender above testis next to the epididymal head |
| | | Ⓐ Ⓛ flank tenderness, Ø Ⓡ flank tenderness |
| | | A: 42 y.o. male c̄ Ⓛ sided renal 1.9 cm lesion c̄ Bx suspicious for cancer. Given these Bx findings we suggest either following the lesion extremely close c̄ serial CT scans |

F-680 (R0797)

| DATE/TIME | Problem No. | |
|---|---|---|
| | | [illegible] it would be removed if there is any ↑ in size. Alternatively, we could proceed c̄ (L) nephrectomy or open (L) partial nephrectomy. |
| | | His testicular pain is unlikely to improve c̄ removal of the small epididymal mass. He would still like to have a family and is against orchiectomy at this point. Therefore, he will continue to attempt alternative pain control methods. We will discuss this case c̄ Dr. Dean before proceeding c̄ any surgery. |
| | | Joseph [illegible], MD |
| | | Procedure: |
| | | (L) Inguinal cord block c̄ 10 cc of 1% lidocaine performed by Dr. [illegible]. ∅ complication. |
| | | Joseph [illegible], MD |
| 10/27 12:40pm | | 42 y/o ♂ c̄ with increasing testicular pain (L), pain is continuous so that Pat. can't wear tight clothing (jeans). Nodule increasing in size and getting harder. |
| | | Exam: Abd palpable, ∅ Tenderness, ∅ Redness |
| | | Phallus: no lesion, no discharge, no pain |
| | | Testes: (R) no masses, no pain |
| | | (L) pea size mass, hard [illegible] upon exam |
| | | [illegible] (Medical Student) |
| | | A/P: 1. testicular pain → MRI Testes |
| | | 2. renal mass → MRI kidney + depending on findings open (L) partial nephrectomy or (L) nephrectomy |
| | | Plan: MRI of Lt kidney to evaluate for anatomy + partial Lt nephrectomy. Also MRI of scrotum to eval mass. |
| | | [illegible] |

UNIT NO.
NAME YHRN: 1397696 IHRN: X00746929
ADDR FALCON, ARIEL
BIRTH 23144550
VISIT N 11 BASSETT STREET WEST HAVEN, CT 06516 000-000-0000
DOB: 09/04/1961 APT DT: 10/27/2003

YALE-NEW HAVEN HOSPITAL
AMBULATORY SERVICES

HISTORY AND PROGRESS NOTES

ALL CLINICAL NOTES MUST BE DATED, TIMED AND SIGNED.

| DATE/TIME | Problem No. | |
|---|---|---|
| | | UROLOGY CLINIC |
| 11/24/03 | | Seen 1wk early due to increased (L) scrotal pain. He was in the ER this AM. MRI reports reviewed. ø Testicular mass seen. (L) Renal mass 1 x 1.7 x 1.5 cm in lower pole. ↑ fullness of (L) epididymal head tenderness along entire (L) epididymis ø erythema, ø palp testicular masses Will need: |
| | | A/P: (1). (L) open partial nephrectomy to be scheduled (2). Repeat (L) scrotal u/s (3). (L) cord block c̄ 10cc 1% Lidocaine. |
| | | [signature], MD |
| | | Procedure: By Dr. Hensleder. (L) groin area prepped c̄ betadine. 10 cc 1% Lidocaine injected around cord on (L). ø Complications, tolerated well. |
| | | [signature], MD |

F-680 (R0797)

YMRN: 1397696 IMRN: X00746929
FALCON, ARIEL

11 BASSETT STREET
WEST HAVEN, CT 06516
000-000-0000
DOB: 09/04/1961 APT DT: 11/24/2003

BIRTH DATE

(If handwritten, record name, unit no., and birth date)

YALE-NEW HAVEN HOSPITAL

HISTORY AND PROGRESS NOTES

DATE

UROLOGY CLINIC

12-11-03 Urology Ck

Patient's charts again reviewed at patient's previously letter for attorney and other chart matters. Several [illegible] done at multiple medical centers under various physician care.

I am very uncomfortable about being able to treat this patient at this time and will need to discuss tx option and other avenues for therapy w/ this patient as he appears to be attempting litigation against colleagues at this time

[signature]

BINDING LINE

F679 (Rev. 1/81)

UNIT NO. YNHRN: 1397696 IMRN: X00746929

NAME FALCON, ARIEL

ADDRESS 23212694
11 BASSETT STREET
WEST HAVEN, CT 06516
000-000-0000

BIRTH DATE:

VISIT NUMBER: DOB: 09/04/1961 APT DT: 12/01/2003

(If handwritten, record ...)

YALE-NEW HAVEN HOSPITAL
AMBULATORY SERVICES

HISTORY AND
PROGRESS NOTES

*ALL CLINICAL NOTES MUST BE DATED, TIMED AND SIGNED.*

| DATE/TIME | Problem No. | |
|---|---|---|
| | | UROLOGY CLINIC |
| 12-15-03 | | Spoke w/ patient by phone & in person again described Left partial nephrectomy inc. risks and potential benefits of Surgery. Patient aware that mass is small & statistically is likely to be benign however ~5-30% may be malignant based on literature review. (closer to 5-10%) and this was again conveyed to the patient. Additionally he is aware of the need for intra operative ultrasound to localize the mass. |
| | | Based on words he sent from HSR and that he was not treated for last ⊕ u/a will send u/a, c+s today. If ⊕ will need to reschedule procedure now booked for 12-17-03. |
| | | I Also discussed w/ patient that I am leaving Yale on 12-31-03 and his future care will be by the Yale Chief resident in conjunction with his [illegible] service attendings. He is aware of these issues and wishes to proceed. |
| | | He is aware of my feelings regarding his testicular pain and is also considering other tx option |
| | | [signature] |

| DATE/TIME | Problem No. | |
|---|---|---|
| | | He is aware that this proposed method of tx will not help his scrotal pain except possibly for some relief at the time of epidural anesthesia. |
| | | [signature] |
| | | ~~Consult GU urologist~~ ~~[illegible]~~ |

UNIT NO.
NAME Ariel Falcon
ADDRESS
BIRTH DATE:
VISIT NUMBER:
(If handwritten, record name, unit no., birth date, and visit no.)

YALE-NEW HAVEN HOSPITAL

HISTORY AND PROGRESS NOTES

ALL CLINICAL NOTES MUST BE DATED, TIMED AND SIGNED.

| DATE/TIME | |
|---|---|
| | Urology |
| 12-26-03 | Patient comes in today to have his staples removed. his incision is healing well mild contour difference in left flank c/w incision. Staples removed. Benzoin added + steri strips placed. |
| | Pathology given to patient. his tumor was a 1.7 cm chromophobe renal cell. Margins ⊝. he understands that his surgery was ~95% curative based on pathology and w/ a partial nephrectomy I explained we should have a repeat CT scan in 3 months and then every 6 months there after. at some point in ~3 yrs if all are ⊝ can convert to a u/s + CT regimen |
| | Patient understands + agrees w/ plan. he is satisfied w/ surgery results. plan to call for CT apt / follow up apt in March 2004. |
| | He is currently seeking care for his scrotal pain w/ another urologist and will keep us informed re: his progress. |
| | [signature] Hausladen 4/12 3081 |

F-679 (R0801)

UNIT NO.
NAME YNHH: 1397696 FALCON, ARIEL IHRN: X00746929
ADDRE
BIRTH 23320657
11 BASSETT STREET
WEST HAVEN, CT 06516
VISIT N 203-479-4043
DOB: 09/04/1961 APT DT: 01/26/2004
(If hand ... sit no.)

YALE-NEW HAVEN HOSPITAL
AMBULATORY SERVICES

HISTORY AND PROGRESS NOTES

*ALL CLINICAL NOTES MUST BE DATED, TIMED AND SIGNED.*

| DATE/TIME | Problem No. | |
|---|---|---|
| | | UROLOGY CLINIC |
| 1/26/04 | | Pt here for f/u of (L) partial nephrectomy on 12/18/03. Path showed chromophobe RCC w/ (-) margins. c/o severe (L) testicular pain + "mass" in (L) testicle. He has previously undergone extensive w/u for the (L) testicle and has been seen > 7 times in the YNHH ER for testicular pain. To date w/u has been (-). Last u/s in 11/03 revealed ~~not~~ small b/l epididymal cysts, (R) hydrocele. He has a small palpable lesion in the (L) scrotum which is c/w an epididymal cyst. He is adamant that biopsy and/or surgery be performed on the (L) testicle. |
| | | A/P 1) Chronic (L) orchalgia despite repeated (-) work-up. Have informed pt that biopsy/surgery is not indicated for orchalgia w/ (-) work-up |
| | | 2) Renal cell ca. → LFT's, chest-xray, CT in 3/04 |
| | | 3) will f/u in 1 week |

[signature]

F-680 (R0797)

| DATE/TIME | Problem No. | |
|---|---|---|
| 2/2/04 | | Urology |
| | | Pain |
| | | Had long discussion c pt regarding (L) epididymal mass. U/S @ Yale was negative. U/S @ St Rafael revealed 6 x 7 mm solid mass adj to (L) epididymis. |
| | | Will have pt RTC c actual u/s. |
| | | [signature] |
| 2/19/04 | | Returns for f/u. |
| | | h/o (L) partial orx for chromophobe RCC |
| | | h/o chronic (L) orchialgia. |
| | | Review u/s. Report of 3mm paraepididymal mass which have been stable |
| | | I have tried to explain to this pt that small epididymal mass would be amenable to f/u. However, he complains of persistent intense (L) orchialgia. Pt believes that if this mass were excised pain would ↓. I have recommended (L) orchiectomy / (L) epididymectomy. I would not attempt to remove only the paraepididymal mass. |
| | | [signature] |

UNIT NO. YMRN: 1397696
NAME FALCON, ARIEL IMRN: X00746929
ADDRESS 23493056 11 BASSETT STREET WEST HAVEN, CT 06516
BIRTH DATE: DOB: 09/04/1961
VISIT NUMBER: 203-479-4043 APT DT: 04/19/2004
(If handwritten, record n

**YALE-NEW HAVEN HOSPITAL**
**AMBULATORY SERVICES**

**HISTORY AND PROGRESS NOTES**

*ALL CLINICAL NOTES MUST BE DATED, TIMED AND SIGNED.*

| DATE/TIME | Problem No. | |
|---|---|---|
| | | UROLOGY CLINIC |
| 4/19/04 | | Pt to have repeat testicular US @ Bridgeport Hosp on Weds. 4/21 pt plans to reschedule [illegible] imaging - recent bone scan @ for mets. [illegible] |
| | | [signature] PA 7626 7134 |

F-680 (R0797)

TO:
Diane Polan esq.
Law Offices
129 Church Street, Suite 802
New Haven, Connecticut 06510

From:
Ariel Falcon
P.O. box 8605
New Haven, Connecticut 06531

ADVANCED RADIOLOGY CONSULTANTS

Bone Scan - Xray

April 12, 2004

* Lumbar Spine Lytic Lesion

* Advance disc damage

# Advanced Radiology Consultants

2876 MAIN STREET ◆ STRATFORD, CT 06614 ◆ (203) 337-9729 ◆ FAX: (203) 375-9452

| PATIENT NAME | PATIENT PHONE # | ACCOUNT # | RADIOLOGY # |
|---|---|---|---|
| ARIEL FALCON | (203)479-4043 | 694683 | 135488 |

| DATE OF BIRTH | AGE/SEX | DATE OF SERVICE |
|---|---|---|
| 09/04/1961 | 42/M | 04/12/2004 |

LUMBAR SPINE

AP and lateral views of the lumbosacral spine were performed to correlate with the bone scan. The patient has a history of renal cell carcinoma on the left with partial nephrectomy. There is activity at L4-5 on the right on the current bone scan.

The plain films today reveal narrowing of the disc space at 4-5 with spondylosis indicating chronic discogenic disease. There are facet joint osteoarthritic changes at 5-1 and 4-5. There is sclerosis at L4-5 on the right which could be related to the degenerative process. Metastatic disease cannot be excluded here. There are previous reports from a CT of the abdomen at St. Raphael's Hospital dated 2/28/04 which indicated a right sided lytic lesion with a sclerotic margin at L5. We will attempt to obtain these old films for comparison and an addendum will be rendered. The pedicles are otherwise intact. The sacrum and sacroiliac joints appear unremarkable.

IMPRESSION: Chronic discogenic disease at L4-5 with osteophytic changes in the facet joints and spondylosis. Sclerosis of L4-5 towards the right. Metastatic disease is a consideration here in this patient with renal cell carcinoma. We will attempt to obtain the old films from St. Raphael's Hospital and an addendum will be rendered. No other abnormalities are seen.

Thank you for referring this patient to us,

D. L. Butler, M.D.
DLB/dr

d: 4/12/04
t: 4/13/04

# Advanced Radiology Consultants

2876 MAIN STREET ◆ STRATFORD, CT 06614 ◆ (203) 337-9729 ◆ FAX: (203) 375-9452

| PATIENT NAME | PATIENT PHONE # | ACCOUNT # | RADIOLOGY # |
|---|---|---|---|
| ARIEL FALCON | (203)479-4043 | 694683 | 135488 |

| DATE OF BIRTH | AGE/SEX | DATE OF SERVICE |
|---|---|---|
| 09/04/1961 | 42/M | 04/12/2004 |

BONE SCAN

25.7 millicuries of Technetium 99 m MDP were administered intravenously and bone scan was performed.

There is asymmetric activity at L4-5 on the right with the remainder of the lumbar spine appearing unremarkable. This is an area of sclerosis and narrowing seen on the plain films. On the basis of the plain films, the findings may well represent degenerative changes. However, there are reports from St. Raphael's Hospital CT on 2/28/04 suggesting a lytic lesion. We will attempt to obtain these old films for comparison. In addition, the patient apparently had a previously bone scan which we will also obtain for comparison and dictate an addendum.

There is activity in the left aspect of the mandible consistent with a recent dental manipulation.

Radiopharmaceutical is excreted from both kidneys normally. The left kidney appears somewhat curtailed which is consistent with a partial nephrectomy.

IMPRESSION: Activity at L4-5 which could be related to degenerative appearing changes seen on today's plain films. However, a lytic lesion was described on the outside CT report. We will attempt to obtain the prior films for comparison including the bone scan. No other finding to suggest metastatic disease was seen in this patient with renal cell carcinoma. There is dental activity in the left mandible consistent with the patient's dental history.

Hospital of Saint Raphael
1450 Chapel Street
New Haven, CT 06511
Department of Nuclear Medicine (203) 789-3134
Facsimile 789-3664

Nuclear Medicine Report

Attending Physician
John F. Irving MD
The Orthopaedic Group, LL
199 Whitney Avenue
New Haven, CT 06511

Ordering Physician:

MRN: 04500617 Patient Type: OP

Visit #: 04500617-0078

Patient
Falcon,Ariel
711 SAVIN AVE
UNIT 6C
West Haven CT 06516

40Y/M DOB: 09/04/61

---

Exam Date: Wed, 31 Jul 02 1030
Indication: bone lesion/pain
Radiopharmaceutical: 22 mCi Tc-MDP

Indication: evaluate for infection, sciatic pain

Findings: Whole body bone scan and multiple oblique views of the head, neck and chest were obtained. Mild increased tracer uptake is seen in the right lower lumbar spine at the L4/L5 level. Further evaluation of this region was performed with SPECT imaging, which demonstrated activity corresponding to an exophytic lesion at this level. The remainder of the skeleton and soft tissues demonstrated normal tracer uptake.

Impression:

Findings are most consistent with a bridging osteophyte at L4/L5.

Dictated: 05/05/39
Transcribed By: 07/31/02

Read By: Caride,Vicente Jose MD
Verified By: Caride,Vicente Jose MD

COM: 03062064,03063203

FAX: (203) 865-6788
Page 1 of 1