UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARIEL FALCON,<br>    Plaintiff, | : <br> : <br> : | CIVIL ACTION NUMBER<br>3:01CV01995 (AHN) |
| v. | : | |
| JOHN J. ARMSTRONG, PETER MATOS,<br>JACK TOKARZ, BRETT S. RAYFORD,<br>LESLIE E BROOKS, GIOVANNY GOMEZ,<br>MINZGER TUNG, M.D., HECTOR<br>RODRIGUEZ, REMI ACOSTA,<br>JONATHAN V. HALL, LIEUTENANT<br>DeVALLE, LIEUTENANT MCKENNA,<br>OFFICER GETZ, EDWARD D. MALEH, M.D.,<br>DOCTOR ESPOSITO, M.D., BRYAN CASTLE,<br>ESTHER McINTOSH, PAM SHEA,<br>DAVID RUSSELL, MAURICE COOPER,<br>SHERLY SCHWINK, JOHN DOE, M.D.,<br>JANE DOE, JAMES GATLING,<br>JACQUELINE MURPHY, JOSEPH MURPHY,<br>ILENE HIGGINS, JOHN P. TARASCIO,<br>STEVEN STEIN, M.D.,<br>NICHOLAS NEWBOLD, NURSE PACE,<br>    Defendants. | : | FILED 2004 JUN 10 A 9:44<br>U.S. DISTRICT COURT<br>BRIDGEPORT, CONN.<br><br>JUNE 9, 2004 |

## PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS

1. The Plaintiff respectfully opposes the Defendant's Motion to Dismiss dated May 17, 2004, based upon failure to disclose an expert witness. The Plaintiff acknowledges that expert opinion will be required to prove his claim that the actions of the defendants aggravated his medical problems. The Plaintiff's failure to disclose an expert so far has not been due to any wilful

contempt of the Court's discovery orders. The Plaintiff suffers from several medical conditions for which he has required outpatient treatment and surgeries.[1] These medical conditions have limited his ability to pursue gainful employment. The Plaintiff now has managed to raise the funds to pay an expert and will be able to disclose that expert within two weeks from the date of this response.

2. Dismissal is an inappropriate sanction. The Plaintiff has done his best to comply with discovery, providing voluminous medical records to the defendants and giving a deposition. To dismiss the Plaintiff's suit due to his financial difficulties, which stem from the very medical conditions he complains of, would be manifestly unjust.

PAUL A. GARLINGHOUSE
Law Offices of Attorney Diane Polan, LLC
129 Church Street, Suite 802
New Haven, CT 06510
Telephone: 203-865-5000
Facsimile: 203-865-2177
Federal Bar No. ct25143

---

[1] Plaintiff suffers from cancer of the kidney, lesions of the testicle, and spinal disc degeneration.

## CERTIFICATION

    This is to certify that a copy of the foregoing has been sent via first class mail, postage prepaid, this ___ day of June, 2004, to the following parties and counsel of record:

Richard Biggar, Esquire
Assistant Attorney General
McKenzie Hall
110 Sherman Avenue
Hartford, CT 06105


Sergio C. Deganis
143 Main Street
Cheshire, CT 06410

_____
PAUL A. GARLINGHOUSE