UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ARIEL FALCON,                        :
        Plaintiff                    :
                                     :
v.                                   :  CIV. NO. 3:01 CV 1995 (AHN)
                                     :
JOHN J. ARMSTRONG, et al,            :
        Defendants                   :

## **RULING and ORDER**

Defendants James Gatling, Jacqueline Murphy, and Joseph Murphy filed a motion to dismiss on the grounds that plaintiff failed to disclose his expert witness by the deadline ordered by the Court [doc. # 62], and a motion to dismiss for failure to prosecute, also based upon the failure to disclose the expert report [doc. # 64].

The Court conducted a telephone conference on March 10, 2005. After hearing from counsel, the Court orders the following.

Plaintiff will disclose his expert witness on or before Friday, April 22, 2005.

On or before Thursday, March 31, 2005, plaintiff will inform all defendants whether he will pursue his claims against defendants Gatling, Murphy, and Murphy.

Defendants' motions to dismiss [**docs. ## 62, 64**] are **denied without prejudice to renewal** if plaintiff fails to disclose the expert by the above deadline.

In the event that no timely disclosure is made, the Court

will conduct a telephone status conference in late April 2005.

SO ORDERED at Bridgeport this 10th day of March 2005.

___/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE