FILED

2005 APR 29 A 10: 37

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARIEL FALCON,<br>    *Plaintiff,* | : | CIVIL ACTION NUMBER<br>3:01CV01995 (AHN) |
| v. | : | |
| JOHN J. ARMSTRONG, PETER MATOS,<br>JACK TOKARZ, BRETT S. RAYFORD,<br>LESLIE E BROOKS, GIOVANNY GOMEZ,<br>MINZGER TUNG, M.D., HECTOR<br>RODRIGUEZ, REMI ACOSTA,<br>JONATHAN V. HALL, LIEUTENANT<br>DeVALLE, LIEUTENANT MCKENNA,<br>OFFICER GETZ, EDWARD D. MALEH, M.D.,<br>DOCTOR ESPOSITO, M.D., BRYAN CASTLE,<br>ESTHER McINTOSH, PAM SHEA,<br>DAVID RUSSELL, MAURICE COOPER,<br>SHERLY SCHWINK, JOHN DOE, M.D.,<br>JANE DOE, JAMES GATLING,<br>JACQUELINE MOBLEY, JOSEPH MURPHY,<br>ILENE HIGGINS, JOHN P. TARASCIO,<br>STEVEN STEIN, M.D.,<br>NICHOLAS NEWBOLD, NURSE PACE,<br>    *Defendants.* | : | APRIL 20, 2005 |

[handwritten annotation: "Rtn Should Be BPT"]

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The plaintiff, ARIEL FALCON, through undersigned counsel, and the defendants, JAMES GATLING, JACQUELINE MOBLEY, JOSEPH MURPHY, hereby Stipulate and Agree that this action can be dismissed against said defendants with prejudice and without costs to any party.

THE PLAINTIFF, ARIEL FALCON,

BY _____
DIANE POLAN
Law Offices of Attorney Diane Polan, LLC
129 Church Street, Suite 802
New Haven, CT 06510
Telephone: 203-865-5000
Facsimile: 203-865-2177
Federal Bar No. ct00223

THE DEFENDANTS, JAMES GATLING,
JACQUELINE MOBLEY, JOSEPH MURPHY

BY _____
SERGIO C. DEGANIS
143 Main Street
Cheshire, CT 06410
Telephone: (203)272-1157
Federal Bar No. ct03080

## **CERTIFICATION**

     This is to certify that a copy of the foregoing has been sent via first class mail, postage prepaid, this 20th day of April, 2005, to the following parties and counsel of record:

Richard Biggar, Esquire
Assistant Attorney General
McKenzie Hall
110 Sherman Avenue
Hartford, CT 06105

Sergio C. Deganis, Esquire
143 Main Street
Cheshire, CT 06410

_____
DIANE POLAN