FILED

2005 APR 29 A 10: 37

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARIEL FALCON,<br>*Plaintiff*, | CIVIL ACTION NUMBER<br>3:01CV01995 (AHN) |
| v. | |
| JOHN J. ARMSTRONG, PETER MATOS, JACK TOKARZ, BRETT S. RAYFORD, LESLIE E BROOKS, GIOVANNY GOMEZ, MINZGER TUNG, M.D., HECTOR RODRIGUEZ, REMI ACOSTA, JONATHAN V. HALL, LIEUTENANT DeVALLE, LIEUTENANT MCKENNA, OFFICER GETZ, EDWARD D. MALEH, M.D., DOCTOR ESPOSITO, M.D., BRYAN CASTLE, ESTHER McINTOSH, PAM SHEA, DAVID RUSSELL, MAURICE COOPER, SHERLY SCHWINK, JOHN DOE, M.D., JANE DOE, JAMES GATLING, JACQUELINE MOBLEY, JOSEPH MURPHY, ILENE HIGGINS, JOHN P. TARASCIO, STEVEN STEIN, M.D., NICHOLAS NEWBOLD, NURSE PACE,<br>*Defendants*. | APRIL 20, 2005 |

AS STIPULATED BY THE PARTIES, A DISMISSAL SHALL ENTER.

Alan H. Nevas, USDJ

FILED 2005 JUN -2 U.S. DISTRICT BRIDGEPORT



## STIPULATION FOR DISMISSAL WITH PREJUDICE

The plaintiff, ARIEL FALCON, through undersigned counsel, and the defendants, JAMES GATLING, JACQUELINE MOBLEY, JOSEPH MURPHY, hereby Stipulate and Agree that this action can be dismissed against said defendants with prejudice and without costs to any party.