United States District Court
District of Connecticut

FILED
2005 JUL 19 P 2: 11
U.S. DISTRICT COURT
BRIDGEPORT, CT

ARIEL FALCON
*Plaintiff*
v.

JOHN J. ARMSTRONG, et al
*Defendant*

Case No. 3:01cv1995 (AHN)

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purposes:

**☒** All purposes except trial, unless the parties consent to trial before the magistrate judge

___ A ruling on all pretrial motions except dispositive motions

___ To supervise discovery and resolve discovery disputes

___ A ruling on the following motions which are currently pending:
Doc#

___ A settlement conference

___ A conference to discuss the following:

**☒** Other:
**All purposes including trial, upon consent.**

SO ORDERED this __15th__ day of __July__, __2005__ at Bridgeport, Connecticut.

_____
Alan H. Nevas
United States District Court Judge