UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 OCT 21  P 12: 35
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Ariel Falcon

v.                                Civ.No. 3:01cv1995(AHN)

John Armstrong, et al

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, United States Code, Section 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

| Signature | Party Represented | Date |
|---|---|---|
| [signed] | Ariel Falcon | 8-19-05 |
| [signed] D. Wolmek | Remaining Defendants | 8-22-05 |
| | | |
| | | |

SIGN THIS FORM AND FORWARD IT TO OTHER COUNSEL. WHEN ALL COUNSEL HAVE SIGNED THE FORM, RETURN IT TO THE CLERK OF THE COURT. DO NOT SEND A COPY OF THIS FORM TO ANY DISTRICT JUDGE OR MAGISTRATE JUDGE.

ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable _____, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. 636(c), Fed.R.Civ.P. 73 and the foregoing consent of the parties.

_____
Senior United States District Judge

Date: 8/29/05