UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
ARIEL FALCON                    :
        PLAINTIFF,              :
                                :
     v.                         :   CIV. NO. 3:01cv1995 (AHN)
                                :
JOHN ARMSTRONG, ET AL           :
        DEFENDANTS              :
                                :
```

## SCHEDULING ORDER

Following the telephone status conference conducted on January 6, 2006, it is hereby ORDERED that:

1. Plaintiff shall provide a copy of his expert's report to the defendants on or before January 23, 2006.

2. On February 13, 2006, at 9:15 a.m., a telephone status conference call will be conducted, with the court, to discuss whether a settlement conference would be productive, and to set a trial schedule. Defendants' counsel will initiate this conference call.

SO ORDERED at Bridgeport this 9th day of January, 2006.

_____/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE