UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
ARIEL FALCON                    :
              PLAINTIFF,        :
                                :
         v.                     :    CIV. NO. 3:01cv1995 (AHN)
                                :
JOHN ARMSTRONG, ET AL           :
              DEFENDANTS        :
                                :
```

## REVISED SCHEDULING ORDER

On March 8, 2006, defendants' counsel advised the Court that this case could not be settled.  Therefore, it is hereby ORDERED that:

1.  All dispositive motions shall be filed on or before April 24, 2006.


SO ORDERED at Bridgeport this 15th day of March, 2006.



_____/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE