UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARIEL FALCON | : | CIVIL NO. 3:01cv1995 (HBF) |
| v. | : | |
| JOHN ARMSTRONG, ET AL. | : | APRIL 21, 2006 |

## THE DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE THEIR MOTION FOR SUMMARY JUDGMENT

The defendants respectfully request an extension of time from April 24, 2006 through May 15, 2006, to file a Motion for Summary Judgment in this case. Such an extension of time is necessary since the defendants' medical expert, Dr. Edward Blanchette, has been out of the country for the last several weeks and will not return to work until April 24, 2006. His examination of the relevant medical records in this case and his assistance in preparing his affidavit are required in order to prepare the defendants' Motion for Summary Judgment.

This is the defendants' first request for an extension of time to file this Motion for Summary Judgment in this matter. The plaintiff's counsel, Attorney Diane Polan, has no objection to this request.

        DEFENDANTS
John Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:_____/s/_____
    Richard T. Biggar
    Assistant Attorney General
    110 Sherman Street
    Hartford, CT  06105
    Federal Bar #ct05228
    E-Mail:  richard.biggar@po.state.ct.us
    Tel: (860) 808-5450
    Fax: (860) 808-5591


## **CERTIFICATION**

    I hereby certify that a copy of the foregoing was mailed to the following on this 21st day of April 2006:

Attorney Diane Polan
Paul A. Garlinghouse
Law Office of Diane Polan
129 Church Street, Suite 802
New Haven, CT 06510


_____/s/_____
Richard T. Biggar
Assistant Attorney General

2