FILED

2006 MAY 19 A 11: 32

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARIEL FALCON | : | CIVIL NO. 3:01cv1995 (HBF) |
| v. | : | |
| JOHN ARMSTRONG, ET AL. | : | MAY 18, 2006 |

### THE DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE THEIR MOTION FOR SUMMARY JUDGMENT

The defendants respectfully request an extension of time, nunc pro tunc, from May 15, 2006 until June 15, 2006, to file a Motion for Summary Judgment in this case. Such an extension of time is necessary since the parties are in settlement discussions concerning both this case and a case that the plaintiff has filed in state court in New Haven.

This is the defendants' second request for an extension of time to file this Motion for Summary Judgment in this matter. The plaintiff's counsel, Attorney Diane Polan, has no objection to this request.

DEFENDANTS
John Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: /s/ Richard T. Biggar
Richard T. Biggar
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct05228
E-Mail: richard.biggar@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 18th day of May 2006:

Attorney Diane Polan
Paul A. Garlinghouse
Law Office of Diane Polan
129 Church Street, Suite 802
New Haven, CT 06510

_____
Richard T. Biggar
Assistant Attorney General