UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ARIEL FALCON                    :
    PLAINTIFF,               :
                                :
    v.                       :   CIV. NO. 3:01cv1995 (AHN)
                                :
JOHN ARMSTRONG, ET AL           :
    DEFENDANTS               :
                                :

**ORDER**

    The parties have reported that this action has been settled in full. Rather than continue to keep the case open on the docket, the Clerk is directed to administratively close the file without prejudice to reopening on or before May 15, 2007.

    If the parties wish to file a stipulation of dismissal (for approval by the court or simply for inclusion in the court's file), they may do so on or before May 15, 2007.

    The dates set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 7.

    SO ORDERED and entered this 30th day of March 2007, at Bridgeport, Connecticut.

                                                              /s/
                                            HOLLY B. FITZSIMMONS
                                            UNITED STATES MAGISTRATE JUDGE