UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARIEL FALCON, | : | CIVIL ACTION NUMBER |
| *Plaintiff,* | : | 3:01CV01995 (AHN)(HBJ) |
| | : | |
| v. | : | |
| | : | |
| JOHN J. ARMSTRONG ET ALS. | : | |
| *Defendants.* | : | APRIL 9, 2007 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The undersigned parties hereby stipulate that the above-captioned action may be dismissed, with prejudice and without costs.

THE PLAINTIFF,

\_\_4-9-07\_\_   BY \_\_\_/s/\_\_\_
DATE
DIANE POLAN
Law Offices of Attorney Diane Polan
129 Church Street, Suite 802
New Haven, CT 06510
Telephone: 203.865.5000
Facsimile: 203.865.2177
diane.polan@snet.net
Federal Bar No. ct00223

1

THE DEFENDANTS.

4-10-07
DATE

BY  *[signature]*
RICHARD T. BIGGAR
Assistant Attorney General
Federal Bar No. ct05228
110 Sherman Street
Hartford, CT 06105
Telephone: 860.808.5450
Facsimile: 860.808.5591
richard.biggar@po.state.ct.us
Federal Bar No. ct00223

2

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 3rd day of May 2007:

Attorney Diane Polan
129 Church Street, Suite 802
New Haven, CT 06510

_____
Richard T. Biggar
Assistant Attorney General